# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NEVADA ANESTHESIOLOGY PARTNERS, LLP, A NEVADA LIMITED LIABILITY PARTNERSHIP,<br><br>          Appellant,<br>vs.<br>LEIGH PIERSON, M.D., AN INDIVIDUAL; AND DR. LEIGH ANN VANCE, LTD., A NEVADA PROFESSIONAL CORPORATION,<br>          Respondents. | No. 83207<br><br>**FILED**<br><br>FEB 0 2 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Carli Lynn Kierny, District Judge
Kathleen M. Paustian, Settlement Judge
Cinema I. Greenberg
Cook & Kelesis
Eighth District Court Clerk

22-03507